UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN FRANCIS LEIN,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-09-260-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br>(Ct. Rec. 10) |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 10**).  The parties have filed a consent to proceed before a magistrate judge (Ct. Rec. 4).

    After considering the stipulated motion, **IT IS ORDERED** that the motion is **GRANTED**.  The above-captioned case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated through 42 U.S.C. § 1383(c)(3), including further development of the record, a de novo hearing and the following:

    On remand, the ALJ will (1) give plaintiff an opportunity for hearing; (2) consider any additional evidence presented by plaintiff, including any proffered witness testimony; (3) reassess plaintiff's RFC and (4) obtain supplemental vocational expert testimony to assist in determining whether plaintiff's impairments

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

affect his ability to perform work-related activities at steps four and five of the sequential evaluation.
In addition, plaintiff filed a subsequent claim for benefits on July 7, 2009. The ALJ will associate the claim files and issue a new decision on the consolidated claims.

Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 10**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**DATED** this 23rd day of November, 2009.

                                               *s/James P. Hutton*
                                               JAMES P. HUTTON
                                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2