1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 JOHN FRANCIS LEIN,                      )
                                        )
6          Plaintiff,                   )
                                        )        NO.  CV-09-0260-JPH
7 vs.                                   )
                                        )        **JUDGMENT IN A**
8 MICHAEL J. ASTRUE,                    )        **CIVIL CASE**
  Commissioner of Social Security,      )
9                                       )
          Defendant.                    )
10                                      )
  _____)
11

12     **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14 sentence four of 42 U.S.C. § 405(g).

15     **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17 four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18 **CLOSED.**

19          DATED this 23rd day of November, 2009.

20                              JAMES R. LARSEN
                              District Court Executive/Clerk
21

22

23                              by:   s/Pamela A. Howard
                                    Deputy Clerk
24

25

26 cc: all counsel